**Order entered February 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00849-CR

**DOMINIQUE RASHAD FRAZIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F18-70781-I**

## ORDER

Before the Court is appellant's January 28, 2020 third motion to extend time to file appellant's brief. After due consideration, we **GRANT** appellant's motion to the extent that we **ORDER** the brief filed on or before **February 28, 2020**. If appellant's brief is not filed by that date, the appeal will be abated, without further notice, for a hearing pursuant to appellate rule 38.8 (b). TEX. R. APP. P. 38.8(b).

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE